United States District Court
Southern District of New York
---------------------------------------------------

United States of America,

               -against-                        **ORDER**

                                                    22 MJ 79

Pawel Bak,

                    Defendant.

---------------------------------------------------

Upon the application of defendant Pawel Bak, it is hereby ORDERED that the Westchester County Jail shall produce Mr. Bak to participate in a videoconference, on two occasions, each occasion lasting no more than two consecutive hours, with his attorney's retained expert evaluator, Dr. Richard B. Krueger, at dates and time in June, 2022 or July, 2022 convenient to all parties.

SO ORDERED.

Dated: June 14, 2022
White Plains, New York

                                                    _____
                                                    Honorable Andrew E. Krause
                                                    United States Magistrate Judge